COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:     01-15-00197-CV

Style:     Leticia B. Loya

    **v.** Vitol, Inc., Michael Metz, and Antonio Maarraoui

Date motion filed*:     April 1, 2015

Type of motion:     Unopposed first motion to extend time for filing appellant's brief

Party filing motion:     Appellant

Document to be filed:

Is appeal accelerated?     No

If motion to extend time:
    Original due date:
    Number of previous extensions granted:     Current Due date:
    Date Requested:

Ordered that motion is:

    ☐     Granted

       If document is to be filed, document due:

       ☐     The Court will not grant additional motions to extend time absent extraordinary circumstances.

    ☐     Denied

    ☒     Dismissed (moot)

    ☐     Other: _____

    Appellant filed her motion to extend time to file appellant's brief before the court reporter's record was filed and the appellate record was complete. *See* TEX. R. APP. P. 34.1. Accordingly, appellant's motion is dismissed as moot. *See* TEX. R. APP. P. 38.6(a).

    Because the court reporter's record was filed with this Court on April 10, 2015, appellant's brief is due to be filed by May 11, 2015. *See* TEX. R. APP. P. 4.1, 38.6(a).

Judge's signature:     /s/ Terry Jennings
       ☑   Acting individually     ☐   Acting for the Court

Panel consists of _____

Date: April 16, 2015